1  C. D. Michel - S.B.N. 144258
   Scott M. Franklin - 250254
2  MICHEL & ASSOCIATES, P.C.
   180 E. Ocean Boulevard, Suite 200
3  Long Beach, CA 90802
   Telephone: 562-216-4444
4  Facsimile: 562-216-4445
   Email: cmichel@michellawyers.com
5

6  Attorneys for Plaintiffs

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN  DISTRICT OF CALIFORNIA

10               ROBERT T. MATSUI FEDERAL COURTHOUSE

11  TWIN SISTERS GUN CLUB, an        CASE NO. 2:17-cv-01526-MCE-GGH
    Unincorporated Association, and
12  THOMAS BOCK,                     NOTICE OF FILING PROOF OF
                                     SERVICE RE SERVICE OF
13        Plaintiffs/Petitioners,    COMPLAINT AND SUPPORTING
                                     DOCUMENTS ON DEFENDANT
14        vs.                        COUNTY OF SOLANO

15  WILLIAM F. EMLEN, MINH C.
    TRAN, COUNTY OF SOLANO,
16  and DOES 1-10,

17        Defendants/Respondents.

18

19

20  ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

21        Plaintiffs hereby file with the Court Proof of Service of the following

22  documents:

23        1.    Summons;

24        2.    Complaint;

25        3.    Civil Cover Sheet;

26        4.    Notice of Availability of a Magistrate Judge to Exercise Jurisdiction and

27              Appeal Instructions;

28        5.    Initial Pretrial Scheduling Order; and

                                    1
              NOTICE OF FILING PROOF OF SERVICE

6.    Notice of Availability Voluntary Dispute Resolution.

The aforementioned documents were served upon Defendant County of Solano.  The Proof of Service is attached as Exhibit "A."

Date:  August 1, 2017                    **MICHEL & ASSOCIATES, P.C.**

/s/ C.D. Michel
C.D. Michel
E-mail:cmichel@michellawyers.com
Attorneys for Plaintiffs
Twin Sisters Gun Club and Thomas Bock

2

**NOTICE OF FILING PROOF OF SERVICE**

**EXHIBIT "A"**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Barnumber, and address): FOR COURT USE ONLY | |
|---|---|
| Carl Dawson Michel | SBN: 144258<br>Michel & Associates, P.C.<br>180 East Ocean Blvd., Ste. 200  Long Beach, CA 90802<br><br>TELEPHONE NO.: (562) 216-4444 | FAX NO. (562) 216-4445 | E-MAIL ADDRESS (Optional): CCastron@michellawyers.com<br>ATTORNEY FOR (Name): : | 31 JUL '17 PM 3:28 |

| UNITED STATES DISTRICT COURT | |
|---|---|
| STREET ADDRESS: 51 I STREET | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: SACRAMENTO, CA 95814 | |
| BRANCH NAME: FOR THE EASTERN DISTRICT OF CALIFORNIA | Hearing Date:                    Room:<br>Hearing Time:                    Dept: |

| PLAINTIFF: Twin Sisters Gun Club, et al | CASE NUMBER: |
|---|---|
| DEFENDANT: William F. Emlen, et al | 2:17-CV-01526-MCE-GGH |

| **PROOF OF SERVICE** | Ref. No. or File No.: |
|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**Summons in Civil Case, Complaint, Notice of Availability of a Magistrate Judge to Exercise Jurisdiction and Appeal Instructions, Initial Pretrial Scheduling Order, and Notice of Availability Voluntary Dispute Resolution**

PARTY SERVED: **County of Solano**

BY LEAVING WITH: **Susan Vestal - Administrative Secretary**

DATE & TIME OF DELIVERY: **7/25/2017**
**3:41 PM**

ADDRESS, CITY, AND STATE: **675 Texas St., Ste. 6500, 6th Fl.**
Fairfield, CA 94533

PHYSICAL DESCRIPTION: **Age: 35**          Weight: 140          Hair: Black
Sex: Female          Height: 5'6"          Eyes: Brown
Skin: Asian          Marks:

MANNER OF SERVICE:

Substituted Service - By leaving the copies with or in the presence of Susan Vestal a person at least 18 years of age apparently in charge at the office or usual place of business of the person served. I informed him/her of the general nature of the papers. A declaration of diligence is attached. I thereafter mailed the copies to the person served, addressed as shown in above address, by first-class mail, postage prepaid, on  from .

Fee for Service: $ 65.00
County:  **Solano**
Registration No.:  **16-0005**
**Solano Legal, Inc**
710 Empire Street
Fairfield, CA 94533
(707) 426-6066
Ref:

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on  **July 25, 2017**.

Signature: _____
**Kevin Simpson**

**PROOF OF SERVICE**

Order#: 8463/General

1                               **PROOF OF SERVICE**

2   STATE OF CALIFORNIA

3   COUNTY OF LOS ANGELES

4       I, Christina Castron, am employed in Long Beach, Los Angeles County, California. I am over the age eighteen (18) years and am not a party to the within

5   action. My business address is 180 E. Ocean Blvd. Ste 200, Long Beach, CA 90802.

6       On August 1, 2017, I served the foregoing document(s) described as:

7         **NOTICE OF FILING PROOF OF SERVICE RE SERVICE OF COMPLAINT AND SUPPORTING DOCUMENTS ON DEFENDANT**

8                         **COUNTY OF SOLANO**

9   on the interested parties in this action by placing
           [ ] the original

10           [x] a true and correct copy
  thereof enclosed in sealed envelope(s) addressed as follows:

11   County of Solano
  County Administration Center

12   675 Texas St., Ste. 6500, 6th Floor
  Fairfield, CA 94533

13

14   X  (BY MAIL) As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under the practice it

15   would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of

16   business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date is more than one day after date of deposit for

17   mailing an affidavit.
  Executed on August 1, 2017, at Long Beach, California

18   ___  (VIA OVERNIGHT MAIL As follows: I am "readily familiar" with the firm's

19   practice of collection and processing correspondence for overnight delivery by UPS/FED-EX. Under the practice it would be deposited with a facility

20   regularly maintained by UPS/FED-EX for receipt on the same day in the ordinary course of business. Such envelope was sealed and placed for

21   collection and delivery by UPS/FED-EX with delivery fees paid or provided for in accordance with ordinary business practices.

22   Executed on August 1, 2017, at Long Beach, California.

23   ___  (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

24

25   X  (FEDERAL) I declare that I am employed in the office of the member of the bar of this of this court at whose direction the service was made.

26                                           *Christina Castron*
                                   CHRISTINA CASTRON

27

28

                                            3
                      **NOTICE OF FILING PROOF OF SERVICE**