C. D. Michel - S.B.N. 144258
Scott M. Franklin - 250254
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Boulevard, Suite 200
Long Beach, CA 90802
Telephone: 562-216-4444
Facsimile: 562-216-4445
Email: cmichel@michellawyers.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# ROBERT T. MATSUI FEDERAL COURTHOUSE

| | |
|---|---|
| TWIN SISTERS GUN CLUB, an Unincorporated Association, and THOMAS BOCK,<br><br>Plaintiffs/Petitioners,<br><br>vs.<br><br>WILLIAM F. EMLEN, MINH C. TRAN, COUNTY OF SOLANO, and DOES 1-10,<br><br>Defendants/Respondents. | CASE NO. 2:17-cv-01526-MCE-GGH<br><br>**NOTICE OF FILING PROOF OF SERVICE RE SERVICE OF COMPLAINT AND SUPPORTING DOCUMENTS ON DEFENDANT WILLIAM F. EMLEN** |

ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

   Plaintiffs hereby file with the Court Proof of Service of the following documents:

   1.   Summons;

   2.   Complaint;

   3.   Civil Cover Sheet;

   4.   Notice of Availability of a Magistrate Judge to Exercise Jurisdiction and Appeal Instructions;

   5.   Initial Pretrial Scheduling Order; and

**NOTICE OF FILING PROOF OF SERVICE**

1  6.   Notice of Availability Voluntary Dispute Resolution.

2  The aforementioned documents were served upon Defendant William F.
3  Emlen. The Proof of Service is attached as Exhibit "A."

4  Date: August 1, 2017        **MICHEL & ASSOCIATES, P.C.**

/s/ C.D. Michel
C.D. Michel
E-mail:cmichel@michellawyers.com
Attorneys for Plaintiffs
Twin Sisters Gun Club and Thomas Bock

2
**NOTICE OF FILING PROOF OF SERVICE**

**EXHIBIT "A"**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>Carl Dawson Michel | SBN: 144258<br>Michel & Associates, P.C.<br>180 East Ocean Blvd., Ste. 200   Long Beach, CA 90802<br><br>TELEPHONE NO.: (562) 216-4444 | FAX NO. (562) 216-4445 | E-MAIL ADDRESS *(Optional):* CCastron@michellawyers.com<br>ATTORNEY FOR *(Name):* : | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>STREET ADDRESS: 51 I STREET<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: SACRAMENTO, CA 95814<br>BRANCH NAME: FOR THE EASTERN DISTRICT OF CALIFORNIA | |
| | Hearing Date:                    Room:<br>Hearing Time:                    Dept: |
| PLAINTIFF: Twin Sisters Gun Club, et al<br>DEFENDANT: William F. Emlen, et al | CASE NUMBER:<br>2:17-CV-01526-MCE-GGH |
| **PROOF OF SERVICE** | Ref. No. or File No.: |

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**Summons in Civil Case, Complaint, Civil Cover sheet, Notice of Availability of a Magistrate Judge to Exercise Jurisdiction and Appeal Instructions, Initial Pretrial Scheduling Order, and Notice of Availability Voluntary Dispute Resolution**

| | |
|---|---|
| PARTY SERVED: | **William F. Emlen** |
| BY LEAVING WITH: | **Myra Chirila - Admin. Secretary/Authorized to accept** |
| DATE & TIME OF DELIVERY: | **7/26/2017**<br>**12:07 PM** |
| ADDRESS, CITY, AND STATE: | **675 Texas St., Ste. 6500, 6th Fl.**<br>Fairfield, CA 94533 |
| PHYSICAL DESCRIPTION: | **Age: 45**   Weight: 165   Hair: Brown<br>Sex: Female   Height: 5'6"   Eyes: Brown<br>Skin: White   Marks: |

MANNER OF SERVICE:
Substituted Service - By leaving the copies with or in the presence of Myra Chirila a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the person served. I informed him/her of the general nature of the papers. A declaration of diligence is attached. I thereafter mailed the copies to the person served, addressed as shown in above address, by first-class mail, postage prepaid, on  from .

Fee for Service: $ 65.00
County: **Solano**
Registration No.: **16-0005**
**Solano Legal, Inc**
710 Empire Street
Fairfield, CA 94533
(707) 426-6066
Ref:

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **July 26, 2017**.

Signature: _____
Kevin Simpson

**PROOF OF SERVICE**

Order#: 8464/General

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |

2  STATE OF CALIFORNIA

3  COUNTY OF LOS ANGELES

4   I, Christina Castron, am employed in Long Beach, Los Angeles County, California. I am over the age eighteen (18) years and am not a party to the within
5  action. My business address is 180 E. Ocean Blvd. Ste 200, Long Beach, CA 90802.

6   On August 1, 2017, I served the foregoing document(s) described as:

7  **NOTICE OF FILING PROOF OF SERVICE RE SERVICE OF COMPLAINT AND SUPPORTING DOCUMENTS ON DEFENDANT**
8  **WILLIAM F. EMLEN**

9  on the interested parties in this action by placing
   [ ] the original
10  [x] a true and correct copy
   thereof enclosed in sealed envelope(s) addressed as follows:
11
   County of Solano
12  County Administration Center
   675 Texas St., Ste. 6500, 6th Floor
13  Fairfield, CA 94533

14  X  (BY MAIL) As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under the practice it
15  would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of
16  business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date is more than one day after date of deposit for
17  mailing an affidavit.
   Executed on August 1, 2017, at Long Beach, California

18  ___ (VIA OVERNIGHT MAIL As follows: I am "readily familiar" with the firm's
19  practice of collection and processing correspondence for overnight delivery by UPS/FED-EX. Under the practice it would be deposited with a facility
20  regularly maintained by UPS/FED-EX for receipt on the same day in the ordinary course of business. Such envelope was sealed and placed for
21  collection and delivery by UPS/FED-EX with delivery fees paid or provided for in accordance with ordinary business practices.
22  Executed on August 1, 2017, at Long Beach, California.

23  ___ (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

24
25  X  (FEDERAL) I declare that I am employed in the office of the member of the bar of this of this court at whose direction the service was made.

26                                             */s/ Christina Castron*
                                               CHRISTINA CASTRON
27

28

3

**NOTICE OF FILING PROOF OF SERVICE**