Law Offices of
**MATHENY SEARS LINKERT & JAIME LLP**
RAYMOND BANGLE III – SBN 105057
NICHOLAS R. SHEPARD – SBN 300629
3638 American River Drive
Sacramento, CA 95864
Telephone: (916) 978-3434
Facsimile: (916) 978-3430

Attorneys for Defendants WILLIAM F. EMLEN,
MINH C. TRAN and COUNTY OF SOLANO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWIN SISTERS GUN CLUB, an Unincorporated Association, and THOMAS BOCK,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM F. EMLEN, MINH C. TRAN, COUNTY OF SOLANO, and DOES 1-10,<br><br>Defendants. | Case No: 2:17-cv-01526-MCE-GGH<br><br>**DEFENDANTS WILLIAM F. EMLEN, MINH C. TRAN AND COUNTY OF SOLANO'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>Date: October 19, 2017<br>Time: 9:00 A.M.<br>Courtroom: 9, 13th Floor |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on October 19, 2017 at 9:00 a.m. in Courtroom 9 of the above-entitled court, located at 501 I Street, Sacramento, California, defendants WILLIAM F. EMLEN, MINH C. TRAN, and COUNTY OF SOLANO will, and hereby do, move this Court to dismiss plaintiffs TWIN SISTERS GUN CLUB and THOMAS BOCK's Complaint in the above-captioned action for lack of subject matter jurisdiction, failure to state a claim, and quasi-judicial and qualified immunity, pursuant to Fed. Rules Civ. Proc. § 12(b)(1) and/or 12(b)(6).

Plaintiffs have multiple state court remedies available by which to pursue their claims. Indeed, the weight of authority supports the federal court declining to hear this action at this time. The Court should decline to exercise supplemental jurisdiction over plaintiffs' state mandamus

1

claims. Further, plaintiffs' 5th Amendment claim is not ripe for adjudication. Additionally, plaintiffs fail to state facts sufficient to constitute a claim for a violation of the 14th Amendment. Plaintiffs also fail to state facts sufficient to constitute a claim against individual defendants WILLIAM F. EMLEN or MINH C. TRAN. Finally, the individual defendants are immune from suit pursuant to the doctrines of quasi-judicial immunity and qualified immunity.

Accordingly, defendants respectfully request the Court dismiss plaintiffs' Complaint, in its entirety pursuant to FRCP 12(b)(1) and/or 12(b)(6). Alternatively, defendants request the Court dismiss each claim as follows:

(1) Dismiss the state mandamus claims for lack of subject matter jurisdiction.

(2) Dismiss the 1983 claim as not ripe.

(3) Dismiss the 1983 claim, as to the County, for failure to state a claim (FRCP 12(b)(6)).

(4) Dismiss the 1983 claim, as to the individual defendants, for failure to state a claim (FRCP 12(b)(6)).

(5) Dismiss the individual defendants based on quasi-judicial immunity.

(6) Dismiss the individual defendants based on qualified immunity.

This motion is based on this Notice of Motion and Motion, and the Memorandum of Points and Authorities.

Dated: August 24, 2017.   **MATHENY SEARS LINKERT & JAIME LLP**

By: /s/ Raymond Bangle III
RAYMOND BANGLE III
NICHOLAS R. SHEPARD
Attorneys for Defendants WILLIAM F.
EMLEN, MINH C. TRAN and COUNTY
OF SOLANO

2