C. D. Michel - S.B.N. 144258
Scott M. Franklin - 250254
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Boulevard, Suite 200
Long Beach, CA 90802
Telephone: 562-216-4444
Facsimile: 562-216-4445
Email: cmichel@michellawyers.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## ROBERT T. MATSUI FEDERAL COURTHOUSE

| | |
|---|---|
| TWIN SISTERS GUN CLUB, an Unincorporated Association, and THOMAS BOCK,<br><br>Plaintiffs/Petitioners,<br><br>vs.<br><br>WILLIAM F. EMLEN, MINH C. TRAN, COUNTY OF SOLANO, and DOES 1-10,<br><br>Defendants/Respondents. | **CASE NO. 2:17-CV-01526-MCE-GGH**<br><br>**JOINT PROPOSED DISCOVERY PLAN & REPORT ON PARTIES' FRCP 26(f) CONFERENCE** |

On September 14, 2017, counsel for Plaintiffs Thomas Bock and Twin Sisters Gun Club ("Plaintiffs") and Defendants William F. Emlen, Minh C. Tran, and the County of Solano ("Defendants") held a telephone conference in accordance with Federal Rule of Civil Procedure 26(f) and the Court's Initial Pretrial Scheduling Order of July 24, 2017.

During that conference, counsel for the parties discussed the matters required by Federal Rule 26(f) and the order of this Court. The parties now submit this Joint Discovery Plan and Report.

/ / /

/ / /

**FRCP 26(F) DISCOVERY ISSUES**

    **A.    Rule 26(a) Disclosures (FRCP 26(f)(3)(A))**

In light of Defendants' pending motion to dismiss, currently under submission to the Court, the parties stipulate to exchange initial disclosures within three calendar weeks of a ruling being issued on the abovementioned motion, unless the Court instructs the parties to file disclosures before such ruling.

    **B.    Anticipated Scope of Discovery (FRCP 26(f)(3)(B))**

In accordance with Federal Rule 26(f)(3)(B), the parties agree that discovery will be conducted on the allegations and claims contained within Plaintiffs' Complaint and the denials and defenses raised in Defendants' Answer. The parties will not conduct discovery in phases, and the discovery will not be limited to particular issues.

The parties intend to propound written discovery in the form of interrogatories, requests for production, and requests for admissions as authorized by the Federal Rules. The parties also intend to conduct the depositions of certain parties and non-parties, including persons most knowledgeable for party entities.

<u>Plaintiffs</u>

Plaintiffs currently intend to serve written discovery concerning the County of Solano's ("County") conduct regarding the use of a portion of 1875 Twin Sisters Road, Fairfield, California ("Property"), as a location for a shooting range and related activities. Such conduct may include, but is not limited to: any investigations of complaints or conditions at the Property; any internal discussions about the use of the Property; the application of zoning, licensing, or other standards vis-a-vis the Property; the application of or deviation from standard practice vis-a-vis the Property; the County's nonconforming use determination process as used regarding the Property; and the County's processing and denial of the Plaintiffs business license application. Plaintiffs also intend to serve written discovery concerning the County's general practices, guidelines, and rules as to the

type of conduct described in the preceding sentence. Finally, Plaintiffs intend to serve discovery as to factual information about the history of operations at the Property, including, but not limited to, information made available to the County by third parties.

Plaintiffs also intend to notice the deposition of the County's person most knowledgeable concerning the issues outlined in the preceding paragraph, as well as potentially deposing current and former employees of the County.

<u>Defendants</u>

Defendants generally will conduct discovery on the issues outlined by plaintiffs. Discovery will involve the depositions of the parties and the person most knowledgeable for the parties as well as identified witnesses to the relevant issues. It will also make written discovery and document requests.

1. <u>Proposed Discovery Completion Dates</u>

The parties disagree as to when the following deadlines should be set:

    a. <u>The completion of all (non-expert) fact discovery</u>, including related motion practice—July 16 (Plf.) or October 1 (Def.), 2018.

    b. <u>Initial expert disclosure exchange</u>—August 2 (Plf.) or November 5 (Def.), 2018.

    c. <u>Rebuttal expert disclosure exchange</u>—August 31 (Plf.) or December 3(Def.), 2018.

    d <u>Expert discovery cutoff</u>—including related motion practice—December 3, 2018 (Plf.) or January 9, 2019 (Def.)

As to expert and non-expert cutoffs, the parties agree that if a timely motion is prevented by unnecessary delay on the part of the responding party, or if the Court's schedule does not allow for hearing a discovery motion within two months

of filing, discovery Motion filed before the discovery cutoff may still be heard by the Court notwithstanding the deadline otherwise applicable.

The parties do not at this time believe phased discovery is appropriate for this action, and they also agree that there is no need to limit discovery to particular issues other than is provided for in the Federal Rules of Civil Procedure.

### C. Electronically Stored Information (FRCP 26(f)(3)(C))

In accordance with Federal Rule 26(f)(3)(C), the parties have discussed electronically stored information. As guiding principles, the parties agree to meet and confer in good faith concerning issues that arise with respect to the disclosure or discovery of electronically stored information, and to use their best efforts to produce electronically stored information in the format preferred by the requesting party, including reasonable requests for production of such information with metadata intact.

### D. Privilege Issues (FRCP 26(f)(3)(D))

In accordance with Federal Rule 26(f)(3)(D), the parties have discussed privilege and protection issues. At this time, the parties have not identified any such issues that require resolution.

### E. Changes to Discovery Limitations (FRCP 26(f)(3)(E))

The parties do not anticipate any changes to the rules on discovery limitations and adopt the default limitations on discovery imposed by the Federal Rules of Civil Procedure, local rules, and applicable case law. The parties do, however, reserve the right to seek leave of Court to exceed these discovery limitations if necessary.

/ / /

/ / /

/ / /

/ / /

/ / /

**F.     Other Discovery & Scheduling Orders (FRCP 26(f)(3)(F))**

In accordance with Federal Rule 26(f)(3)(F), the parties have discussed the need for other discovery or scheduling orders under Rule 26(c), 16(b), and 16(c). The parties do not currently request any other orders, though they may seek additional orders as discovery proceeds and if the need arises.

Dated: February 9, 2018                    Michel & Associates, P.C.


 /s/ Scott M. Franklin
Scott M. Franklin
Attorney for Plaintiffs


Dated: February 9, 2018                    Matheny Sears Linkert & Jamie, LLP


 /s/Raymond Bangle III
Raymond Bangle III
Attorney for Defendants

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# ROBERT T. MATSUI FEDERAL COURTHOUSE

| | |
|---|---|
| TWIN SISTERS GUN CLUB, an Unincorporated Association, and THOMAS BOCK,<br><br>Plaintiffs/Petitioners,<br><br>vs.<br><br>WILLIAM F. EMLEN, MINH C. TRAN, COUNTY OF SOLANO, and DOES 1-10,<br><br>Defendants/Respondents. | CASE NO. 2:17-cv-01526-MCE-GGH<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 E. Ocean Blvd., Suite 200, Long Beach, California, 90802.

I am not a party to the above-entitled action. I have caused service of:

**JOINT PROPOSED DISCOVERY PLAN & REPORT ON PARTIES' FRCP 26(f) CONFERENCE**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Law Offices of
MATHENY SEARS LINKERT & JAIME LLP
Raymond Bangle, III
3638 American River Drive
Sacramento, CA 95864
rbangle@mathenysears.com

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 9, 2018.

/s/ Scott M. Franklin
Scott M. Franklin
Attorney for Plaintiffs