Law Offices of
**MATHENY SEARS LINKERT & JAIME LLP**
RAYMOND BANGLE III – SBN 105057
NICHOLAS R. SHEPARD – SBN 300629
3638 American River Drive
Sacramento, CA 95864
Telephone: (916) 978-3434
Facsimile: (916) 978-3430

Attorneys for Defendants WILLIAM F. EMLEN, MINH C. TRAN and COUNTY OF SOLANO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWIN SISTERS GUN CLUB, an Unincorporated Association, and THOMAS BOCK,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM F. EMLEN, MINH C. TRAN, COUNTY OF SOLANO, and DOES 1-10,<br><br>Defendants. | Case No: 2:17-cv-01526-MCE-GGH<br><br>**MOTION FOR AN ORDER EXTENDING TIME TO COMPLETE DISCOVERY** |

## I.   INTRODUCTION

Comes now defendants COUNTY OF SOLANO and WILLIAM F. EMLEN in the above-entitled case, moves the Court for an order extending the time within which it is necessary for the parties to complete discovery. This application is made on the basis that the original deadline to complete discovery was set for July 21, 2018. However, defendants filed a Motion to Dismiss in August 2017. The Court issued an order as to defendants' Motion to Dismiss on March 15, 2018. The remaining defendants answered plaintiffs' Complaint on April 12, 2018. Thus, the parties have a limited timeframe to complete all discovery in this matter. For that reason, the parties have stipulated to an extension of time until December 31, 2018 to complete discovery.

## II.   DISCUSSION

Pursuant to the Court's pretrial scheduling order, the deadline to complete discovery in

1

this matter was set for 365 days after the date the matter was opened – or, in this case, July 21, 2018. (ECF No. 3.) However, on August 24, 2017, defendants filed a Motion to Dismiss Plaintiffs' Complaint. (ECF No. 9.) On the Court's own motion, the Motion to Dismiss was submitted without oral argument. (ECF No. 14.)

The Court issued its order, granting in part and denying in part, defendants' Motion to Dismiss, on March 14, 2018. (ECF No. 16.) The remaining defendants, County of Solano and William F. Emlen, answered plaintiffs' Complaint on April 12, 2018. (ECF No. 17.) Accordingly, this matter was not fully at issue until April 12, 2018, and discovery did not begin until that time.

Based on the pretrial scheduling order, and the delay in resolving defendants' Motion to Dismiss, the parties have a limited timeframe to complete discovery in this matter. For that reason, the parties have stipulated to an extension of time until December 31, 2018 to complete discovery. Accordingly, the parties respectfully request this Court extend the time within which it is necessary for the parties to complete discovery, up to and including December 31, 2018.

### III.   CONCLUSION

For the foregoing reasons, defendant requests an order extending the time within which it is necessary for the parties to complete discovery, up to and including December 31, 2018.

Dated: June 14, 2018.                    **MATHENY SEARS LINKERT & JAIME LLP**


By: /s/ Raymond Bangle III
    RAYMOND BANGLE III
    NICHOLAS R. SHEPARD
    Attorneys for Defendants WILLIAM F.
    EMLEN and COUNTY OF SOLANO

## **STIPULATION TO EXTEND DISCOVERY DEADLINES**

IT IS HEREBY STIPULATED, by and between the parties, that based on the pretrial scheduling order, and the delay in resolving defendants' Motion to Dismiss, the parties have a limited timeframe to complete discovery in this matter. For that reason, the parties stipulate to extend the time within which it is necessary for the parties to complete discovery, up to and including December 31, 2018.

Dated: June 19, 2018.

**MATHENY SEARS LINKERT & JAIME, LLP**

By: _____
RAYMOND BANGLE, III, ESQ., (SBN 105057)
3638 American River Drive
Sacramento, CA 95864
Tel: (916) 978-3434
Attorneys for Defendants, WILLIAM F. EMLEN and COUNTY OF SOLANO

Dated: June 19, 2018.

**MICHEL & ASSOCIATES, PC**

By: _____
C.D. MICHEL, ESQ. (SBN 144258)
SCOTT M. FRANKLIN, ESQ (SBN 240254)
180 E. Ocean Boulevard, Suite 200
Long Beach, CA 90802
Tel: (562) 216-4444
Attorneys for Plaintiffs, TWIN SISTERS GUN CLUB, an Unincorporated Association, and THOMAS BOCK

*MOTION FOR AN ORDER EXTENDING TIME TO COMPLETE DISCOVERY*