Law Offices of
**MATHENY SEARS LINKERT & JAIME LLP**
RAYMOND BANGLE III – SBN 105057
NICHOLAS R. SHEPARD – SBN 300629
3638 American River Drive
Sacramento, CA 95864
Telephone: (916) 978-3434
Facsimile: (916) 978-3430

Attorneys for Defendants WILLIAM F. EMLEN, MINH C. TRAN and COUNTY OF SOLANO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWIN SISTERS GUN CLUB, an Unincorporated Association, and THOMAS BOCK,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM F. EMLEN, MINH C. TRAN, COUNTY OF SOLANO, and DOES 1-10,<br><br>Defendants. | Case No: 2:17-cv-01526-MCE-GGH<br><br>**[PROPOSED] ORDER EXTENDING TIME TO COMPLETE DISCOVERY** |

**ORDER**

Pursuant to the Court's pretrial scheduling order, the deadline to complete discovery in this matter was set for 365 days after the date the matter was opened – or, in this case, July 21, 2018. (ECF No. 3.) However, on August 24, 2017, defendants filed a Motion to Dismiss Plaintiffs' Complaint. (ECF No. 9.) On the Court's own motion, the Motion to Dismiss was submitted without oral argument. (ECF No. 14.)

The Court issued its order, granting in part and denying in part, defendants' Motion to Dismiss, on March 14, 2018. (ECF No. 16.) The remaining defendants, County of Solano and William F. Emlen, answered plaintiffs' Complaint on April 12, 2018. (ECF No. 17.) Accordingly, this matter was not fully at issue until April 12, 2018, and discovery did not begin until that time.

*MOTION FOR AN ORDER EXTENDING TIME TO COMPLETE DISCOVERY*

1  Based on the pretrial scheduling order, and the delay in resolving defendants' Motion to Dismiss, the parties have a limited timeframe to complete discovery in this matter. The parties have stipulated to an extension of time until December 31, 2018 to complete discovery.

 IT IS HEREBY ORDERED that the discovery deadline currently set for July 21, 2018 be continued to December 31, 3018.

Date: June ___, 2018.

MORRISON C. ENGLAND
United States District Court Judge