1  C. D. Michel - S.B.N. 144258
   Scott M. Franklin - 250254
2  MICHEL & ASSOCIATES, P.C.
   180 E. Ocean Boulevard, Suite 200
3  Long Beach, CA 90802
   Telephone: 562-216-4444
4  Facsimile: 562-216-4445
   Email: cmichel@michellawyers.com
5
6  Attorneys for Plaintiffs
7

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# ROBERT T. MATSUI FEDERAL COURTHOUSE

| TWIN SISTERS GUN CLUB, an Unincorporated Association, and THOMAS BOCK, | CASE NO. 2:17-cv-01526-MCE-GGH |
|---|---|
| Plaintiffs/Petitioners, | STIPULATION OF DISMISSAL |
| vs. | |
| WILLIAM F. EMLEN, COUNTY OF SOLANO, and DOES 1-10, | |
| Defendants/Respondents. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: September 4, 2018           Matheny Sears Linkert & Jamie LLP


                                    /s/ Raymond Bangle III
                                   Raymond Bangle III
                                   Attorney for Defendants

---

1

**STIPULATION OF DISMISSAL**

1  Dated: September 4, 2018                    Michel & Associates, P.C.

                                               /s/C.D. Michel
                                               C.D. Michel
                                               Attorney for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# ROBERT T. MATSUI FEDERAL COURTHOUSE

| | |
|---|---|
| TWIN SISTERS GUN CLUB, an Unincorporated Association, and THOMAS BOCK,<br><br>Plaintiffs/Petitioners,<br><br>vs.<br><br>WILLIAM F. EMLEN, MINH C. TRAN, COUNTY OF SOLANO, and DOES 1-10,<br><br>Defendants/Respondents. | CASE NO. 2:17-cv-01526-MCE-GGH<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 E. Ocean Blvd., Suite 200, Long Beach, California, 90802.

I am not a party to the above-entitled action. I have caused service of:

**STIPULATION OF DISMISSAL**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

| | |
|---|---|
| Raymond Bangle, III<br>Nicholas R. Shepard<br>LAW OFFICES OF MATHENY SEARS LINKERT & JAIME LLP<br>3638 American River Drive<br>Sacramento, CA 95864 | Attorneys for Defendants |

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 18, 2018.

                                           /s/ C.D. Michel
                                           C.D. Michel
                                           Attorney for Plaintiffs